No. 84–6646. TURNER *v.* SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. [Certiorari granted, 471 U. S. 1098.] Further consideration of motion of petitioner to strike ex parte affidavit is deferred to the hearing of the case on the merits.

No. 85–202. OFFSHORE LOGISTICS, INC., ET AL. *v.* TALLENTIRE ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 816.] Motion of Sonat Offshore Drilling, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 85–615. CALIFORNIA DEPARTMENT OF TRANSPORTATION *v.* NAEGELE OUTDOOR ADVERTISING COMPANY OF CALIFORNIA, INC., ET AL.; and
No. 85–639. DESERT OUTDOOR ADVERTISING, INC. *v.* NAEGELE OUTDOOR ADVERTISING COMPANY OF CALIFORNIA, INC. Sup. Ct. Cal. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 85–5189. MCLAUGHLIN *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante*, p. 944.] Motion for appointment of counsel granted, and it is ordered that Stephen J. Cribari, Esquire, of Baltimore, Md., be appointed to serve as counsel for petitioner in this case.

No. 85–5688. JONES *v.* AMERICAN POSTAL WORKERS UNION ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 23, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–5541. IN RE BETKA. Petition for writ of mandamus denied.